**LAW OFFICES OF
CHRISTOPHER H. THOGMARTIN**
1880 SILAS DEANE HIGHWAY, SUITE 201
ROCKY HILL, CT  06067
PHONE & FAX: 860.578.8048

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

| | |
|---|---|
| In Re:<br>　　　Rachel Crockett,<br>　　　　　Debtor<br>-------------------------------------------------<br>Rachel Crockett,<br>　　　　　Movant | Chapter 7<br><br>Case No. 21-20807<br><br><br><br>**HONORABLE JAMES J. TANCREDI** |

**MOTION TO DELAY THE ENTRY OF THE DISCHARGE**

　　　The debtor, Rachel Crockett ("Debtor"), through her attorney, Christopher H. Thogmartin 27922, presents this Motion to Delay the Entry of the Discharge and states as follows:

　　　The Chapter 7 discharge is due to be granted on or about today's date, January 10, 2022.  Debtor requests a delay in the entry of her discharge until after the Debtor's Motion to Compel Abandonment of Property, filed contemporaneously herewith, has been determined by the Court.  Dependent upon the outcome of said Motion to Compel Abandonment, the Debtor may choose to exercise her right to convert her Chapter 7 case to a Chapter 13 bankruptcy.

Pursuant to Federal Rule of Bankruptcy Procedure 4004(c)(2), on motion of the debtor, the court may defer the entry of an order granting a discharge for 30 days.

**WHEREFORE**, Debtor respectfully requests that this Court enter an order delaying entry of discharge until after February 10, 2022 and for such other and further relief as the Court deems appropriate.

Respectfully Submitted

January 10, 2022    Signature    /s/ Christopher H. Thogmartin
Attorney for Debtor

LAW OFFICES OF
CHRISTOPHER H. THOGMARTIN
1880 SILAS DEANE HIGHWAY, SUITE 201
ROCKY HILL, CT 06067
PHONE & FAX: 860.578.8048

**LAW OFFICES OF
CHRISTOPHER H. THOGMARTIN**
1880 SILAS DEANE HIGHWAY, SUITE 201
ROCKY HILL, CT  06067
PHONE & FAX: 860.578.8048

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

| | |
|---|---|
| In Re:<br><br>    Rachel Crockett,<br><br>        Debtor<br>-------------------------------------------------<br>Rachel Crockett,<br><br>        Movant | Chapter 7<br><br>Case No. 21-20807<br><br><br><br><br>**HONORABLE JAMES J. TANCREDI** |

### ORDER ON MOTION TO DELAY ENTRY OF DISCHARGE

      The matter is before the Court on the debtor's motion to delay the entry of the discharge.  The Court finds that the debtor has given sufficient notice and shown good cause for this relief, and either no objection has been filed or any objection that was filed has been overruled or withdrawn.

**IT IS HEREBY ORDERED**, for good cause shown, entry of the Debtor's discharge shall be delayed until  after February 10, 2022.

**SO ORDERED** this _____ day of _____, 2022.

_____
Honorable James J. Tancredi
Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In Re:<br><br>　　Rachel Crockett,<br>　　　　Debtor<br>-------------------------------------------------<br>Rachel Crockett,<br>　　　　Movant | Chapter 7<br><br>Case No. 21-20807<br><br><br><br>HONORABLE JAMES J. TANCREDI |

**Certification of Service**

I hereby certify that on January 10, 2022, I served a copy of the foregoing Motion to Delay Entry of Discharge via U.S. Mail Postage prepaid unless indicated otherwise, on the following:

United States Trustee's Office *by Electronic Notice;*
Anthony S. Novak, Chapter 7 Trustee *by Electronic Notice;*

*Via First Class Mail*
Rachel Crockett
426 Huckleberry Hill Road
Avon, CT  06001

　　　/s/ Christopher H. Thogmartin
　　　Christopher H. Thogmartin
　　　Attorney for the Debtor
　　　Fed Bar # CT27922
　　　Phone: (860) 578-8048
　　　Fax: (860) 578-8048

LAW OFFICES OF
CHRISTOPHER H. THOGMARTIN
1880 SILAS DEANE HIGHWAY, SUITE 201
ROCKY HILL, CT  06067
PHONE & FAX: 860.578.8048