UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE | : | |
| | : | **CHAPTER 7** |
| **RACHEL CROCKETT** | : | **CASE NO. 21-20807-JJT** |
| | : | |
| **DEBTOR** | : | **JANUARY 10, 2022** |

### TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED CLAIM OF EXEMPTIONS

TO THE HONORABLE JAMES J. TANCREDI, U.S. BANKRUPTCY JUDGE:

Anthony S. Novak Chapter 7 Trustee of the above-named Debtor, respectfully represents:

1. On August 20, 2021, the Debtor filed a Chapter 7 petition.

2. The Debtor filed an amended Schedule C on December 17, 2021 (Doc ID #25) and pursuant to Bankruptcy Rules 4003(b) and 9006(a), the Trustee has until January 17, 2022 to object to the amended exemptions claimed by the Debtor.

3. The Trustee objects to the following amended exemption claimed by Rachel Crockett, (the "Debtor"):

    a.    **An exemption in real property known as 429 Huckleberry Hill Road, Avon, CT claimed pursuant to CGS §52-352b(t) ("Real Property")**

3. The Trustee objects to the Debtor's entire exemption claimed pursuant to CGS §52-352b(t) for the following reasons:

a. The Trustee objects to the claimed exemption under Connecticut Homestead exemption in its entirety based on the fact that the property is not titled in the Debtor's name and is being claimed as follows: "While the Debtor does not stipulate to the existence of an equitable interest, any such interest, if existing, would be in debtor's principal residence".

b. The Trustee has a motion pending before this Court to appoint special counsel to proceed with a claim against said real property on assertions of unjust enrichment, constructive trust, fraudulent conveyance and other causes of action against the Debtor and/or Debtor's spouse, Christopher Crockett and/or the Debtor's brother in law, Craig C. Crockett whose name the real property is titled.  The Trustee objects to any exemption taken by the Debtor in said real property if said real property is recovered on behalf of the estate pursuant to any successful estate action, including unjust enrichment, constructive trust, fraudulent conveyance or other theories of estate recovery.

WHEREFORE, the Chapter 7 Trustee prays that the Court sustain his objection to said exemption and that he have other such further relief as the Court deems proper and just.

ANTHONY S. NOVAK, TRUSTEE


By */s/ Anthony S. Novak*
Anthony S. Novak
Chapter 7 Trustee
Federal Bar #ct09074
280 Adams Street
Manchester, CT 06042-1975
Tel: 860-432-7710
Email: anthonysnovak@aol.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE | : | |
| | : | **CHAPTER 7** |
| **RACHEL CROCKETT** | : | **CASE NO. 21-20807-JJT** |
| | : | |
| **DEBTOR** | : | |

### PROPOSED ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED CLAIM OF EXEMPTION PURSUANT TO CGS §52-352b(t)

Upon the Motion of the Chapter 7 Trustee's Objection to Debtor's Claim of Amended Exemptions in regard to **429 Huckleberry Hill Road, Avon, CT**, having been filed and it appearing that the Trustee's objections are proper, and after notice and hearing it is hereby

ORDERED that the Trustee's Objection to Debtor's Claim of an exemption in real property known as **429 Huckleberry Hill Road, Avon, CT** claimed pursuant to CGS §52-352b(t) is sustained and that such claimed exemption is disallowed in its entirety.