ct157                                                                                                                    10/2019

# United States Bankruptcy Court
## District of Connecticut



In re:

    Rachel Crockett

                                      Case Number: 21-20807

                                      Chapter: 7

    Debtor*

## ORDER APPROVING APPLICATION TO EMPLOY

Pursuant to 11 U.S.C. §§ 327 and/or 328, Anthony S. Novak, Chapter 7 Trustee (the "Applicant"), filed an Application to Employ Law Offices of Jeffrey Hellman, LLC as Special Counsel on December 9, 2021, (ECF No. 16). After notice and a hearing, it is hereby

**ORDERED:** The Application to Employ Law Offices of Jeffrey Hellman, LLC as Special Counsel is APPROVED; and it is further

**ORDERED:** Any professional employed in this case who has received or will receive a retainer for services rendered is not authorized to use any retainer funds unless and until an Application for Compensation is filed and approved by this Court; and it is further

**ORDERED:** The allowance and payment of compensation of reasonable fees and reimbursement for actual, necessary expenses are subject to further order of the Court in accordance with 11 U.S.C. §§ 328, 330 and/or 331.

Dated:    January 14, 2022

                                                BY THE COURT

                                          *James J. Tancredi*
                                       *United States Bankruptcy Judge*
                                       *District of Connecticut*

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103
* For the purposes of this order, "Debtor" means "Debtors" where applicable.