# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
January 19, 2022

In re:
    Rachel Crockett  
    Debtor*

Case Number: 21–20807  
Chapter: 7

### NOTICE OF HEARING

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE NOTICE** that a hearing will be held remotely using the ZoomGov platform pursuant to the Court's General Order #4 Regarding Court Operations under the Exigent Circumstances Created by COVID–19, and is scheduled in the above captioned case to be held on **January 25, 2022** at **10:00 AM** to consider and act upon the following matter(s):

> **Motion to Compel Abandonment Filed by Christopher H. Thogmartin on behalf of Rachel Crockett, Debtor. (Re: Doc #36)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non–evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above–mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above–referenced matter and may enter an order granting that relief.

**TO THE FILING PARTY:** You are required to serve this Notice of Hearing in accordance with the Bankruptcy Rules and file a Certificate of Service with the court indicating the name and address of each party served unless service was made electronically through CM/ECF.

**CERTIFICATE OF SERVICE DUE:** January 24, 2022 before 4:00 p.m. Untimely certificates of service may result in the hearing not being held.

**See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**

**Important Policy Notice to the Bar, Public, and Media**

Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073–1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen–shots or any other audio or video reproduction).

A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

**ZOOMGOV REMOTE HEARING INFORMATION FOR PARTICIPANTS :**

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_HTD@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (860)240–3675 for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING–LISTEN ONLY**: If you are **not a Remote Hearing Participant** but would like to listen to the hearing, please use the court hearing conference line at 1–877–336–1839 and input the Access Code: 8852665 when prompted.

For further instruction and best practices for appearing remotely utilizing ZoomGov, please find the ZoomGov Guide for Participants on our website at www.ctb.uscourts.gov.

Dated: January 19, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court  
District of Connecticut  
450 Main Street, 7th Floor  
Hartford, CT 06103

Tel. (860) 240–3675  
VCIS* (866) 222–8029  
* Voice Case Information System  
http://www.ctb.uscourts.gov  
Form 112