UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
**HARTFORD DIVISION**

| | |
|---|---|
| In Re:<br><br>    Rachel Crockett,<br><br>    Debtor | Chapter 7<br><br>Case No. 21-20807<br><br>HONORABLE<br><br>**JAMES J. TANCREDI** |

### AFFIDAVIT

I, RACHEL CROCKETT, being duly sworn hereby depose and say the

1. My name is Rachel Crockett.
2. I am over the age of eighteen and understand the significance of an oath.
3. I currently reside at 429 Huckleberry Hill Road in Avon, Connecticut.
4. I have personal knowledge of the matters stated herein.
5. I am the Debtor in the above-captioned bankruptcy case.
6. I married my spouse, Christopher Crockett in August of 2010.
7. I have never earned or received income in the State of Connecticut. All income that I have earned has been in the community property states of California and Texas.
8. In May of 2017, while living in California, I wrote a check to my spouse to move money consisting of community property earnings from one bank account to another.

I declare and certify under penalty of perjury this 2nd day of February, 2022, that the foregoing is true and correct.

_____
RACHEL CROCKETT

Subscribed and sworn to before me this 2nd day of February, 2022

_____
Christopher H. Thogmartin, Esq.
Commissioner of Superior Court