# United States Bankruptcy Court

## District of Connecticut

In re:

Rachel Crockett

Case Number: 21-20807

Chapter: 7

Debtor*

### ORDER GRANTING MOTION TO EXTEND TIME

Rachel Crockett, (the "Movant"), filed a consented to Motion to Extend Discovery Deadline dated April 12, 2022 (the "Motion", ECF No. 100). After notice and a hearing, *see* 11 U.S.C. § 102(1), it appearing that cause exists to grant the relief sought in the Motion; it is hereby

**ORDERED:** The Motion is GRANTED and the deadline for compliance with discovery is extended to April 27, 2022.

Dated: April 18, 2022

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.